United States District Court
For The Southern District of West Virginia


FILED
FEB - 7 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Robert Baldwin, Reg no. 07163-071
Luther Necessary, Reg no. 03004-088
Curtis E. Crawford, Reg No. 10620-007
Beckley Federal Correction institution
P.O. Box 350
Beaver, West Virginia 25813
Plaintiff

v. Civil No. 5:06-0093

John Doe AKA Director
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20001

John Doe AKA Regional Director
10010 Junction Drive
Annapolis Junction, Maryland

Charles T. Felt, Warden
Beckley Federal Correction institution
P.O. Box 350
Beaver, West Virginia 25813
Each Sued in Personal and Professional Capacity
Defendants.

Motion For Emergency Injunction and Restrainment ORDER; Complaint Pursuant To 42 U.S.C. § 1983.

Statement of Fact

Plaintiff/Petitioners both Collectively and Individual have been denied Adequate and Proper Dental Service and Treatment, whereby Prison Director, Regional Director, and Warden Charle T. Felt have acted Neglegent, incompetent, and deliberate indifferent to Plaintiff and more than (100) one Hundred other inmates.

Defendants individually and Collectively have Created an Hostile Environment, That has seriously impacted Plaintiff Health and Life.

Plaintiff/Petitioner's are being Told by Dentist, whom was hired by Defendant; That They can not Receive Dentures For (2) Two Year or more. This is Cruel and very

unusual Punishment and is very inhumane Punishment, plus in violation of Program Statements and inmate Constitutional Rights under The (8th) eighth Amendment of The Constitution of The United States.

Public Interest

It was not The intent of The United States Congress, That an Federal inmate shall suffer denial and/or deprival of Denture For substantial Period of Time nor for The Federal Bureau of Prisons to hire Dentist, Company, Organization or otherwise whom would Restrict and Act to deprive inmate's Dental service and Treatment in Timely Fashion.

Mal-Fense Relief

The Prison Director and Regional Director have Collectively and Individual violated 28 C.F.R. § 91, by Failure to Protect The Plaintiff Rights to Dental Treatment and Services.

Not Isolated Problem

The Medical Director in Beckley FCI is acting in Ca-Hoots with Prison Dentist, and has done nothing to correct or improve situation. The Prison Warden is in Ca-Hoots and Conspiracy with both Medical Director and Dentist to deny and deprive inmate's of Reasonable and Timely Dental Treatment and Services to include Denture.

UnConstitutional Treatment

All Plaintiff have difficulties biting, Chewing, and digesting Their Food, because They are being denied Denture's unlawfully and in direct Violation of Their Civil and Constitutional Rights. The Dentist is not monitored, and Allowed by The Defendants to deny and Refuse inmate's Their Lawful Right to Adequate and Comprehensive Dental Treatment and Care.

UnReasonable waiting Periods

Plaintiff are being Told by Dentist, That They have to wait (3) Three Year or more For Denture. This is inhumane Treatment, and Cruel and Unusual Punishment

For inmates under the Custody of the United States Attorney General and Director of The Federal Bureau of Prisons. Where inmate's can be Transfer to Local Hospital, For Dental Services and Treatment not Available at Beckley FCI.

Court Order Sought

1. Court Order issued Directing Class Action Memorandum, to be Posted in each Housing Unit and in Medical Unit visible to inmate population

2. Court Order issued Appointing Class Counsel.

3. Court Order issued Prohibition of Reprisal and Retaliation against Class member,

with Punishment of Fine not less Than $2,500.00 Twenty-Five hundred dollars and Jail Time as designated by The Court

4. Court Order issued to assign master to Report to Court and inspect Dental Records.

5. Court Order issued Injunction and Restraint-ment Order to Limit Denture Request to not more Than 90 day's.

6. Court Order issued For Prison Director to Certify to Court in Affidavit, That inmate's at Beckley FCI are being Provide Dentures and other Dental service in Timely manner

7. Court Order issued to Allow The Court to Review all Contract's with Dentist For inmate Treatment to ensure Comfortity

with the Law.

8. Court Order issued to Allow Court to Review all Contract with Medical Services and its Employees.

## Relief Sought

1. Court Order issued Emergency Injunction and Restrainment Order and Class Counsel

2. Court Order issued Certification of Class

3. Compensatory damages in Amount $1,000.00 One Thousand dollar's

4. Punitive Damages Equal to Compensatory damage or as designated by Court.

5. Court Order issued To Prison Director directing Plaintiffs and Class receive denture without delay at Local Hospital, Pursuant 28 C.F.R. § 91

Certification of Truth

I (we) Certify That the above statement is True and Correct, Pursuant to 28 U.S.C. § 1746.

Certification of Service

I (we) Certify That This Motion for Emergency Injunction + Restrainment, and Complaint under 42 USC § 1983 was Forwarded to The Clerk on This 2d day of February 2006 via Prepaid Postage.

Respectfully Submitted
Luther Necessary 03004-088
Luther Necessary, 03004-088
Robert Baldwin 07163-027
Robert Baldwin, 07163-071
[signature]
Curtis E. Crawford, 10620-007
Beckley FCI
P.O. Box 350
Beaver, West Virginia 25813